IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Susanne H. Linn and Melissa Knesz,** | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-4417 |
| | : | |
| **Northampton County, Northampton County Department of Corrections, Todd Buskirk, Warden, AFSCME Local 2549,** | : : : : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter the appearances of David J. MacMain, Esquire, and L. Kristen Blanchard, Esquire, of Montgomery, McCracken, Walker & Rhoads, LLP as counsel on behalf of Defendants Northampton County, Northampton County Department of Corrections and Todd Buskirk, Warden in the above captioned action.

| | |
|---|---|
| David J. MacMain | L. Kristen Blanchard |
| (Attorney I.D. No. 59320) | (Attorney I.D. No. 80005) |
| MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP | MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP |
| 123 South Broad Street | 123 South Broad Street |
| Philadelphia, PA 19109-1030 | Philadelphia, PA 19109-1030 |
| (215) 772-1500 | (215) 772-1500 |
| | |
| Attorney for Defendants | Attorney for Defendants |
| Northampton County, | Northampton County, |
| Northampton County Department | Northampton County Department |
| of Corrections and Todd Buskirk, Warden | of Corrections and Todd Buskirk, Warden |

833749v1

## **CERTIFICATE OF SERVICE**

I, L. Kristen Blanchard, hereby certify that on this _____ day of September 2002, I caused a true and correct copy of the foregoing **Entry of Appearance** to be served by first class United States mail, postage prepaid, upon the following:

Anne P. Felker, Esquire
539 Center Street
P.O. Box 190
Bethlehem, PA  18016-0190

Jordan Yeager, Esquire
Boockvar & Yeager
714 Main Street
Bethlehem, PA  18017

**Attorneys for Plaintiffs,
Susanne H. Linn and Melissa Knesz**

_____
L. Kristen Blanchard

833749v1