IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SUSANNE H. LINN, ET. AL.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NORTHAMPTON COUNTY, ET. AL.** | : | NO. **2002-4417** |

### O R D E R

**AND NOW**, this \_\_\_\_ **day** of **November, 2002**, it is **Ordered** that defendant AFSCME Local 2549's motion, **docket entry #5**, to dismiss is **RESOLVED as stated on the record of November 5, 2002.**


ATTEST:                              or     BY THE COURT


BY:_____              _____
        Deputy Clerk                              Judge

Civ 12 (9/83)

**Copies faxed on _____to:**                **Copies mailed on _____to:**