IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSANNE H. LINN and MELISSA KNESZ, | Civil Action No. 02 CV 4417 |
| Plaintiff, | |
| | Judge Anita Brody |
| v. | |
| NORTHAMPTON COUNTY, *et al.*, | |
| Defendants. | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

      Kindly enter the appearance of John R. Bielski, Esquire, of Willig, Williams & Davidson, as additional counsel for Defendant AFSCME Local 2549.

      _____
John R. Bielski
Attorney I.D. No. 86790
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19109-1030
(215) 772-1500

Attorneys for Defendant,
AFSCME Local 2549

**CERTIFICATE OF SERVICE**

I, JOHN R. BIELSKI, ESQUIRE, hereby certify that I have this day caused a true and correct copy of the foregoing Entry of Appearance to be served by first class mail, postage prepaid, upon the following:

Anne P. Felker, Esquire
539 Center Street
P.O. Box 190
Bethlehem, PA 18016-0190
(610) 861-7737

Jordan Yeager, Esquire
Boockvar & Yeager
714 Main Street
Bethlehem, PA 18018
(610) 861-4662
*Counsel for Plaintiffs*

David J. MacMain, Esquire
L. Kristen Blanchard, Esquire
Montgomery, McCracken, Walker
 & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
*Counsel for Defendants Northampton County
 and Todd Buskirk*

_____
JOHN R. BIELSKI, ESQUIRE

Dated: April 25, 2003