```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SUSANNE LINN, et al.            :        CIVIL ACTION
                                :
          v.                    :
                                :
NORTHAMPTON COUNTY, et al.      :        NO.  02-4417

O R D E R

AND NOW, this    day of June, 2003, it is hereby **ORDERED** that the settlement conference scheduled in this matter for Tuesday, July 15, 2003 has been rescheduled to Monday, August 18, 2003 at 10:00 a.m.

**IT IS FURTHER ORDERED** that counsel shall deliver the Settlement Conference Summary to chambers on or before August 4, 2003.

BY THE COURT:

_____
DIANE M. WELSH
UNITED STATES MAGISTRATE JUDGE

Copies faxed on 6/20/03  to:
Anne P. Felker, Esq.
Jordan Yeager, Esq.
Robert L. Sharpe, Jr., Esq.
David J. MacMain, Esq.
Amy L. Rosenberger, Esq.