IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSANNE H. LINN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY, et al. | : | NO. 02-4417 |

O R D E R

**AND NOW**, this      day of July, 2003, it is Ordered that the Final Pretrial Conference scheduled for August 8, 2003 at 4:15 p.m. is **CANCELED** and **RESCHEDULED** for **Monday, August 18, 2003** at **4:00 p.m.**, in chambers, room 7613 on the 7th floor.

ATTEST:                                or      BY THE COURT


BY:_____          _____
   Deputy Clerk                      Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: