**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Susanne H. Linn and Mellisa Knesz** | : | |
| **Plaintiffs** | : | |
| | : | **Civil Action** |
| **v.** | : | |
| | : | **No. 02-4417** |
| **Northampton County, Northampton** | : | |
| **County Department of Corrections,** | : | |
| **Todd Buskirk, Warden, and AFSCME** | : | |
| **Local 2549,** | : | |
| **Defendants** | : | |

---

**DEFENDANTS' JOINT MOTION IN LIMINE TO EXCLUDE ANY AND ALL**
**EVIDENCE PRIOR TO AUGUST 16, 1996 REGARDING DEFENDANTS' ALLEGED**
**DISCRIMINATORY CONDUCT, PRACTICES AND POLICIES**

Defendants Northampton County, Northampton County Department of

Corrections, Warden Todd Buskirk and AFSCME, Local 2549 move to exclude any and

all evidence prior to August 16, 1996 regarding Defendants' alleged discriminatory

conduct, practices and policies.  The grounds for this Motion and supporting law are set

forth in the accompanying Memorandum of Law, which is incorporated herein by

reference.

Respectfully submitted,

WILLIG, WILLIAMS & DAVIDSON          MONTGOMERY, McCRACKEN,
                                     WALKER & RHOADS, LLP


LINDA M. MARTIN, ESQUIRE             DAVID J. MacMAIN, ESQUIRE
JOHN R. BIELSKI, ESQUIRE             L. KRISTEN BLANCHARD, ESQUIRE
1845 Walnut Street, 24th Floor       DENNIS G. YOUNG, JR., ESQUIRE
Philadelphia, PA 19103               123 South Broad Street
(Office)    (215) 656-3600           Avenue of the Arts
(Facsimile)  (215) 561-5135          Philadelphia, PA 19109
                                     (Office)    (215) 772-1500
                                     (Facsimile)  (215) 772-7620

Counsel for AFSCME, Local 2549       Counsel for Northampton County,
                                     Northampton County Department of
                                     Corrections and Warden Todd Buskirk


Dated: July 15, 2003