IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Susanne H. Linn and Melissa Knesz** : | |
| : | |
| **Plaintiffs** : | |
| : | Civil Action |
| v. : | |
| : | No. 02-4417 |
| **Northampton County, et al.** : | |
| : | |
| **Defendants** : | |

_____

**DEFENDANTS' JOINT MOTION TO EXCLUDE ANY AND ALL EVIDENCE
REGARDING OBSCENE COMMENTS OR CONDUCT BY INMATES
WITH RESPECT TO PLAINTIFFS' TITLE VII AND
PENNSYLVANIA HUMAN RELATIONS ACT CLAIMS**

Defendants, Northampton County, Northampton County Department of Corrections, Warden Todd Buskirk and AFSCME Local 2549 move to exclude any and all evidence regarding obscene comments or conduct to support Plaintiffs' allegations of sexual discrimination. The grounds for this Motion and supporting law are set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Respectfully submitted by,

| WILLIG, WILLIAMS & DAVIDSON | MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP |
|---|---|
| _____ | _____ |
| LINDA M. MARTIN, ESQUIRE | DAVID J. MacMAIN, ESQUIRE |
| JOHN R. BIELSKI, ESQUIRE | L. KRISTEN BLANCHARD, ESQUIRE. |
| 1845 Walnut Street, 24th Floor | DENNIS G. YOUNG, JR., ESQUIRE |
| Philadelphia, PA 19103 | 123 South Broad Street |
| (Office)       (215) 656-3665 | Avenue of the Arts |
| (Facsimile)   (215) 561-5135 | Philadelphia, PA 19109 |
| | (Office)       (215) 772-1500 |
| Counsel for Defendant | (Facsimile)   (215) 772-7620 |
| AFSCME, Local 2549 | |
| | Counsel for Northampton County, Northampton County Department of Prisons, and Warden Todd Buskirk |

Dated: July 15, 2003