# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN LINN, et. al | : | |
| Plaintiff | : | |
| v. | : | 02-CV-4417 |
| NORTHAMPTON COUNTY, et. al. | : | |
| Defendant | : | |

## ORDER

**AND NOW,** this day of July 2003, as **ORDERED** on the record of the July 22, 2003 telephone conference:

(1) The phone number and home address of Corrections Officer Melanie Abernathy must be disclosed to the plaintiffs, but shall be kept confidential;

(2) The "Tredinnick Report" must be produced by the plaintiffs to the defendants; and

(3) Motions for summary judgment, exchange of exhibits, and other pre-trial memoranda must be filed on or before September 8, 2003.

_____

ANITA B. BRODY, J.

Copies **FAXED** on _____ to:          Copies **MAILED** on _____ to: