IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSANNE H. LINN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY, et al. | : | NO. 02-4417 |

### **O R D E R**

**AND NOW,** this      day of   August, 2003, it is Ordered that the **Final Pretrial Conference** scheduled for **Monday, August 18, 2003** at **4:15 p.m.** is canceled until further notice of the court.


ATTEST:                                  or     BY THE COURT


BY:_____          _____
    Deputy Clerk
                    Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to: