UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSANNE H. LINN and<br>MELISSA KNESZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHAMPTON COUNTY,<br>NORTHAMPTON COUNTY<br>DEPARTMENT OF CORRECTIONS,<br>TODD BUSKIRK, WARDEN,<br>AFSCME LOCAL 2549,<br><br>　　　　Defendants. | Civil Action No. 02-4417<br><br><br><br><br><br>JURY TRIAL DEMANDED |

**O R D E R**

AND NOW, this _____ day of _____, 2003, upon consideration of Defendants' Motion for Leave to File a Reply Brief to Plaintiffs' Response to the Joint Motion in Limine of All Defendants to Preclude the Admission of Evidence Regarding the Tredinnick Report and Documents Related Thereto, it is hereby ORDERED that said Motion is GRANTED.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Anita B. Brody, J.

949174v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSANNE H. LINN and<br>MELISSA KNESZ,<br><br>        Plaintiffs,<br><br>    v.<br><br>NORTHAMPTON COUNTY,<br>NORTHAMPTON COUNTY<br>DEPARTMENT OF CORRECTIONS,<br>TODD BUSKIRK, WARDEN,<br>AFSCME LOCAL 2549,<br><br>        Defendants. | Civil Action No. 02-4417<br><br><br><br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A REPLY BRIEF TO PLAINTIFFS' RESPONSE TO THE JOINT MOTION
IN LIMINE OF ALL DEFENDANTS TO PRECLUDE THE
ADMISSION OF EVIDENCE REGARDING THE
TREDINNICK REPORT AND DOCUMENTS
<u>RELATED THERETO</u>**

Defendants Northampton County, Northampton County Department of Corrections, Todd Buskirk and AFSCME Local 2549 (collectively, "Defendants"), by and through their undersigned counsel, respectfully request that they be permitted to file a Reply to Plaintiffs' response to the Joint Motion in Limine of all Defendants to Preclude the Admission of Evidence Regarding the Tredinnick Report and Documents Related Thereto. In support of this Motion, Defendants set forth the following:

    1.    On July 15, 2003, Defendants filed six Joint Motions in Limine to preclude certain evidence with accompanying Briefs and proposed Orders.

    2.    On August 8, 2003, Plaintiffs filed a Consolidated Response to All Defendants' Motions.

949174v1

3. Under Local Rule 7.1 (c) of the Eastern District of Pennsylvania – "Motion Practice," the Court may "permit further briefs if appropriate."

4. Defendants request that they be permitted to reply to Plaintiffs' response regarding the admissibility of the Tredinnick Report and related documents.

5. Defendants believe that the Court's consideration of their Reply Brief specific to Defendants' Joint Motion to Preclude the Admission of Evidence Regarding the Tredinnick Report and Documents Related Thereto would be helpful to the Court's analysis of the legal arguments before it and would fully inform the Court of all applicable legal authority and pertinent facts developed in discovery necessary to render a fair, accurate and just decision.

6. Defendants, as the moving party bearing the burden of proof, respectfully request that they be permitted to briefly reply to Plaintiff's arguments.

7. A copy of Defendants' Reply Brief is attached hereto.

WHEREFORE, Defendants respectfully request that in the interest of justice and so that the Court is fully informed of all applicable law, this Court permit Defendants to file, and the Court will consider, Defendants' Joint Reply to Plaintiffs' Response To The Joint Motion In Limine Of All Defendants To Preclude The Admission of Evidence Regarding The Tredinnick Report And Documents Related Thereto.

Respectfully submitted,

| | |
|---|---|
| *Linda M. Martin* | *David J. MacMain* |
| Linda M. Martin, Esquire | David J. MacMain, Esquire |
| John R. Bielski, Esquire | L. Kristen Blanchard, Esquire |
| Willig, Williams & Davidson | Dennis G. Young, Jr., Esquire |
| 1845 Walnut Street | Montgomery, McCracken, Walker & Rhoads, LLP |
| 24th Floor | 123 South Broad Street |
| Philadelphia, PA 19103 | Philadelphia, PA 19109 |
| (215) 656-3600 | (215) 772-1500 |
| | |
| Attorneys for Defendant, | Attorneys for Defendants, |
| AFSCME Local 2549 | Northampton County, Northampton County, Department of Corrections, and Todd Buskirk |
| | |
| Dated: August 20, 2003 | Dated: August 20, 2003 |

-3-

949174v1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSANNE H. LINN and<br>MELISSA KNESZ, | Civil Action No. 02-4417 |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| NORTHAMPTON COUNTY,<br>NORTHAMPTON COUNTY<br>DEPARTMENT OF CORRECTIONS,<br>TODD BUSKIRK, WARDEN,<br>AFSCME LOCAL 2549, | |
| Defendants. | |

**BRIEF IN SUPPORT OF DEFENDANTS' MOTION
FOR LEAVE TO FILE A REPLY BRIEF TO PLAINTIFFS'
RESPONSE TO THE JOINT MOTION IN LIMINE OF
ALL DEFENDANTS TO PRECLUDE THE ADMISSION
OF EVIDENCE REGARDING THE TREDINNICK
REPORT AND DOCUMENTS RELATED THERETO**

Defendants Northampton County, Northampton County Department of Corrections, Todd Buskirk and AFSCME Local 2549 (collectively, "Defendants"), by and through their undersigned counsel, respectfully request that they be permitted to file a Reply to Plaintiffs' response to the Joint Motion in Limine of all Defendants to Preclude the Admission of Evidence Regarding the Tredinnick Report and Documents Related Thereto.

**I.   BASIS FOR MOTION**

On July 15, 2003, Defendants filed six Joint Motions in Limine to preclude certain evidence with accompanying Briefs and proposed Orders.

949174v1

On August 8, 2003, Plaintiffs filed a Consolidated Response to All Defendants' Motions. Under Local Rule 7.1 (c) of the Eastern District of Pennsylvania, "Motion Practice," the Court may "permit further briefs if appropriate."

Defendants request that they be permitted to reply to Plaintiffs' response regarding the admissibility of the Tredinnick Report and related documents only. Defendants do not seek to reply to any other portion of Plaintiffs' Response.

Defendants believe that the Court's consideration of their Reply Brief specific to Defendants' Joint Motion to Preclude the Admission of Evidence Regarding the Tredinnick Report and Documents Related Thereto would be helpful to the Court's analysis of the legal arguments before it and would fully inform the Court of all applicable legal authority and pertinent facts developed in discovery necessary to render a fair, accurate and just decision.

Thus, Defendants, as the moving party bearing the burden of proof, respectfully request that they be permitted to briefly reply to Plaintiff's arguments.

949174v1

## II. CONCLUSION

Defendants respectfully request that in the interest of justice and so that the Court is fully informed of all applicable law, that this Court permit Defendants to file, and the Court will consider, Defendants' Joint Reply to Plaintiffs' Response To The Joint Motion In Limine Of All Defendants To Preclude The Admission of Evidence Regarding The Tredinnick Report And Documents Related Thereto.

Respectfully submitted,

_Linda Martin_ /lkb  
Linda M. Martin, Esquire  
John R. Bielski, Esquire  
Willig, Williams & Davidson  
1845 Walnut Street  
24th Floor  
Philadelphia, PA  19103  
(215) 656-3600

Attorneys for Defendant,  
AFSCME Local 2549

Dated: August 20, 2003

_Kristen Blanchard_  
David J. MacMain, Esquire  
L. Kristen Blanchard, Esquire  
Dennis G. Young, Jr., Esquire  
Montgomery, McCracken, Walker & Rhoads, LLP  
123 South Broad Street  
Philadelphia, PA  19109  
(215) 772-1500

Attorneys for Defendants,  
Northampton County, Northampton County, Department of Corrections, and Todd Buskirk

Dated: August 20, 2003

949174v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2003, I caused a true and correct copy of the foregoing Brief in Support of **Defendants' Motion For Leave To File A Reply Brief To Plaintiffs' Response To The Joint Motion In Limine Of All Defendants To Preclude The Admission Of Evidence Regarding The Tredinnick Report And Documents Related Thereto** to be served upon counsel for Plaintiffs by First Class Mail, Postage Prepaid, addressed as follows:

Anne P. Felker, Esquire
539 Center Street
P.O. Box 190
Bethlehem, PA  18016-0190

Jordan Yeager, Esquire
Boockvar & Yeager
714 Main Street
Bethlehem, PA  18017

Robert L. Sharpe, Jr. Esquire
328 West Broad Street
Quakertown, PA  18951

*Attorneys for Plaintiffs,*
*Susanne H. Linn and Melissa Knesz*

L. Kristen Blanchard

949174v1