IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSANNE H. LINN, et al.          :     CIVIL ACTION
                                 :
       v.                        :
                                 :
NORTHAMPTON COUNTY, et al.       :     NO. 02-4417

O R D E R

AND NOW, this      day of October, 2003, it is hereby **ORDERED** that a settlement conference is scheduled before the undersigned on Wednesday, October 29, 2003 at 10:00 a.m. in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

IT IS **FURTHER ORDERED** that trial counsel, clients and any other person necessary to negotiate and agree to a settlement shall appear in person at said conference.

ATTEST:              or           BY THE COURT:


_____    _____
BY: Juanita M. Davis              DIANE M. WELSH
    Deputy Clerk                  UNITED STATES MAGISTRATE JUDGE

Copy faxed on 10/8/03 to:
Anne P. Felker, Esq.
Jordan Yeager, Esq.
Robert L. Sharpe, Jr., Esq.
L. Kristen Blanchard, Esq.
Amy L. Rosenberger, Esq.