UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSANNE H. LINN and<br>MELISSA KNESZ,<br><br>        Plaintiffs,<br><br>v.<br><br>NORTHAMPTON COUNTY,<br>NORTHAMPTON COUNTY<br>DEPARTMENT OF CORRECTIONS,<br>TODD BUSKIRK, WARDEN,<br>AFSCME LOCAL 2549,<br><br>        Defendants. | Civil Action No. 02-4417<br><br><br><br><br><br>JURY TRIAL DEMANDED |

### STIPULATION OF VOLUNTARY DISMISSAL

The undersigned parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that any and all of Plaintiffs' claims against Defendants Northampton County, Northampton County Department of Corrections, and Todd Buskirk, in the above-captioned case are HEREBY VOLUNTARILY DISMISSED WITH PREJUDICE, both parties to bear their own fees and costs.

-2-

975414v1

The Court shall retain jurisdiction over this matter for the limited purpose of enforcing the Settlement Agreement and Release executed by Plaintiffs and Defendants Northampton County, Northampton County Department of Corrections, and Todd Buskirk.

Date: 12/11, 2003

*Anne P. Felker* (signature)

Anne Felker
Jordan Yeager
P.O. Box 190
539 Center Street
Bethlehem, PA 18016-0190
Attorneys for Plaintiffs

Date: 12/12, 2003

*L. Kristen Blanchard* (signature)

David J. MacMain
L. Kristen Blanchard
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
Attorneys for Defendants Northampton County, Northampton County Department of Corrections, and Todd Buskirk

Date: _____, 2003

SO ORDERED:

BY THE COURT:

_____    Date: _____

The Honorable Anita Brody

-3-

975414v1