IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SUSANNE H. LINN, et al. : CIVIL ACTION
:
vs. :
: NO. 02-4417
AFSCME LOCAL 2549

O R D E R

**AND NOW, TO WIT:** This    day of February, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Marie O'Donnell
Deputy Clerk

Civ 2 (8/2000)
41(b).frm

COPIES FAXED ON   TO:   COPIES MAILED ON   TO: